**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199

**JENNER & BLOCK LLP**
Debbie L. Berman (*pro hac vice*) (Ill. Bar No. 6205154)
dberman@jenner.com
Wade A. Thomson (*pro hac vice*) (Ill. Bar No. 6282174)
wthomson@jenner.com
Clifford W. Berlow (*pro hac vice*) (Ill. Bar No. 6292383)
cberlow@jenner.com
353 North Clark Street
Chicago, Illinois 60654
Telephone: 312 222-9350
Facsimile: 312 527-0484

Attorneys for Defendants The Control Group Media
Company, LLC and Instant Checkmate, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEDINA CAMACHO and RHONDA COTTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CONTROL GROUP MEDIA COMPANY, LLC, a Delaware limited liability company, and INSTANT CHECKMATE, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:21-cv-01954-MMA-MDD<br><br>The Honorable Michael M. Anello<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendants the Control Group Media Company, LLC and Instant Checkmate, LLC respectfully inform the Court of a recent (April 29, 2022) decision on a motion to dismiss entered in the matter of *Anna La Fronza, et al v. PeopleConnect, Inc. et al,* No. 21-cv-03027 (N.D. Ill.) by the Honorable Judge Thomas M. Durkin, that is relevant to the arbitration argument raised in the motion to dismiss pending before this Court (ECF No. 20). The opinion, attached hereto as Exhibit A, authorizes limited fact discovery regarding the arbitrability of the plaintiffs' claim, specifically whether the plaintiffs or their attorneys, acting as their agent, entered into an arbitration agreement.

DATED: April 29, 2022          JENNER & BLOCK LLP

By:     s/ *Clifford W. Berlow*
Attorney for Defendants
The Control Group Media Company, LLC
and Instant Checkmate, LLC
E-mail: cberlow@jenner.com