# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEDINA CAMACHO, *individually and on behalf of all others similarly situated*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CONTROL GROUP MEDIA COMPANY, LLC, et al., <br><br> Defendants. | Case No.: 21-cv-1954-MMA (MDD) <br><br> **ORDER GRANTING JOINT MOTION TO STAY** <br><br> [Doc. No. 39] |

On July 18, 2022, the Court issued an order denying Defendants The Control Group Media Company, LLC and Instant Checkmate, LLC's motion to compel arbitration, motion to strike, and motion to dismiss. *See* Doc. No. 32. The Court also consolidated this action with two other related cases—21-cv-1957-MMA (JLB) and 22-cv-209-MMA (MDD)—where the Court similarly denied nearly identical motions to compel arbitration, motions to strike, and motions to dismiss. *See id.* at 68–69. On July 29, 2022, Defendants The Control Group Media Company, LLC and Instant Checkmate, LLC filed a notice of appeal challenging the Court's denial of their motion to compel arbitration. *See* Doc. No. 35. On August 5, 2022, Plaintiffs Jose Medina Camacho and Rhonda Cotta, and Defendants The Control Group Media Company, LLC, Instant

1  Checkmate, LLC, TruthFinder, LLC, People Connect, Inc., and Intelius filed a joint
2  motion to stay proceedings in this case pending appeal to the Ninth Circuit.  *See* Doc. No.
3  39.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion
4  and **STAYS** this consolidated action pending adjudication of the interlocutory appeal.
5  The Court **DIRECTS** the Clerk of Court to terminate all pending motions, deadlines, and
6  hearings.

**IT IS SO ORDERED.**

Dated:  August 11, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge